# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 22-11499-CMA |
| MIKHAIL NEVLER | **DECLARATION OF MARK ROUSH IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

I, Mark Roush, declare as follows:

1. Mr. Nevler and I had an oral agreement that he would make monthly payments to me each month that he occupies my property located in Vashon.

2. Mr. Nevler breached this agreement in January 2022, when he stopped making his monthly payments.

3. Prior to filing this bankruptcy petition, Mr. Nevler was indebted to me in the amount of $18,053.72 representing missed monthly payments from January 2022 through September 1, 2022:

| | |
|---|---|
| Jan 2022 | $2,038.64 |



Declaration in Support of Motion for Relief From Stay
Page | 1

**Buzzard O'Rourke, P.S.**
a t t o r n e y s   a t   l a w

Service Address · Mailing Address · Contact Information
314 Harrison
Central
Washing
9853l

**Buzzard O'Rourke**
a t t o r n e y s   a t   l a w

| | |
|---|---|
| Feb 2022 | $2,038.64 |
| Mar 2022 | $2,038.64 |
| Apr 2022 | $2,038.64 |
| May 2022 | $2,038.64 |
| Jun 2022 | $2,038.64 |
| Jul 2022 | $2,038.64 |
| Aug 2022 | $1,891.62 |
| Sep 2022 | $1,891.62 |
| Total | $18,053.72 |

4. Mr. Nevler has not made any monthly payments after filing this petition for bankruptcy relief. Since the date of filing, Mr. Nevler has missed an additional nine (9) monthly payments. The post-petition default amounts are as follows:

| | |
|---|---|
| October 2022 | $1,891.62 |
| November 2022 | $1,891.62 |
| December 2022 | $1,891.62 |
| January 2023 | $1,891.62 |
| February 2023 | $1,891.62 |
| March 2023 | $1,891.62 |
| April 2023 | $1,891.62 |
| May 2023 | $1,891.62 |
| June 2023 | $1,891.62 |
| Total | $17,024.58 |

I declare under penalty of perjury under the laws of the state of Washington and the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of June, 2023 at Chehalis, WA.

*Mark Roush*
Mark Roush (Jun 29, 2023 13:29 PDT)

Mark Roush



Buzzard O'Rourke, P.S.
a t t o r n e y s   a t   l a w

Service Address · Mailing Address · Contact Information
314 Harrison
Central
Washing
9853

Buzzard O'Rourke
a t t o r n e y s   a t   l a w