Entered on Docket July 19, 2023

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

| In re: | No. 22-11499-CMA |
|---|---|
| MIKHAIL NEVLER | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

THIS MATTER having come regularly before the Court upon Mark Roush and Cinda Roush's motion for relief from automatic stay to allow repossession of real property located at 11423 99th Ave. SW Vashon, WA 98070, the Court having reviewed the pleadings on file in this action and having heard oral argument from those parties in attendance, the Court considering itself fully advised, it is hereby

ORDERED that creditors Mark Roush and Cinda Roush are hereby granted relief from the automatic stay provisions of 11 USC §362 and said creditors may pursue legal action to regain possession of the aforementioned property.

IT IS FURTHER ORDERED that the 14-day hold provision is waived, and the creditors may forthwith commence or continue lawful proceedings to regain possession of the property.

Order Granting Relief From Stay
Page | 1



**Buzzard O'Rourke, P.S.**
attorneys at law

| Service Address | Mailing Address | Contact Information |
|---|---|---|
| 314 Harrison Avenue | PO Box 59 | Ph: (360) 736-1108 |
| Centralia | Centralia | Fax: (360) 330-2078 |
| Washington | Washington | buzzardlaw.com |
| 98531 | 98531 | |

///End of Order///

Presented by:

\_\_\_/s/ Eric J. Lanza_____

Eric J. Lanza, WSBA 50042

Order Granting Relief From Stay
Page | 2



Buzzard O'Rourke, P.S.
attorneys at law

Service Address
314 Harrison Avenue
Centralia
Washington
98531

Mailing Address
PO Box 59
Centralia
Washington
98531

Contact Information
Ph: (360) 736-1108
Fax: (360) 330-2078
buzzardlaw.com

Case 22-11499-CMA    Doc 95    Filed 07/19/23    Ent. 07/19/23 11:02:58    Pg. 2 of 2