Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

THE HONORABLE CHRISTOPHER M. ALSTON
Hearing Date: October 19, 2023
Hearing Time: 9:30 a.m.
Hearing Location: Seattle
Response Date: October 12, 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>MIKHAIL NEVLER,<br><br>Debtors. | No. 22-11499<br><br>DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS |

COMES NOW THE DEBTOR, Mikhail Nevler, by and through his attorney of record, Dorothy A. Bartholomew, who respectfully submits the below Response to the Chapter 13 Trustee's Motion to Dismiss.

The Chapter 13 Trustee has moved to dismiss the debtor's case because the debtor is behind on his Chapter 13 Plan payments by $12,388.00.

The debtor wishes to remain in his Chapter 13. Toward this end the debtor has filed a Motion to modify his chapter 13 plan. Payments will increase so that he can catch up on missed payments. The Motion is set for November 2, 2023, at 9:30 a.m.

//

//

//

//

Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

THE HONORABLE CHRISTOPHER M. ALSTON
Hearing Date: October 19, 2023
Hearing Time: 9:30 a.m.
Hearing Location: Seattle
Response Date: October 12, 2023

# PRAYER FOR RELIEF

Debtor asks the Court to deny the Chapter 13 Trustee's motion to dismiss or in the alternative to continue the Trustee's Motion to November 2, 2023.

DATED: October 12, 2023

    /s/Dorothy A. Bartholomew
Dorothy A. Bartholomew
WSBA No. 20887
Attorney for Mikhail Nevler

Response to Trustee's Motion to Dismiss
Page 2 of 2