Entered on Docket October 18, 2023

**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>MIKHAIL NEVLER,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 22-11499-CMA<br><br>AGREED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |
|---|---|

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 106). Based on the agreement of the parties, it is

ORDERED that:

1) The debtor is required to make the plan payment each month for the six-month period beginning November 2023;

2) If the debtor fails to make any plan payment during this six-month period, the Trustee may submit an *ex parte* order dismissing this case;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ Jason Wilson-Aguilar*, WSBA #33582
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Approved:

*/s/ Jada Wood* [approved by email]
Jada Wood, WSBA #51362
Attorney for debtor

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282