THE HONORABLE CHRISTOPHER M. ALSTON

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

MICHAEL NEVLER,

Debtor.

CHAPTER 13

NO. 22-11499

*EX PARTE* MOTION TO DISMISS CASE

Comes now the Debtor, by and through his attorney of record, Dorothy A. Bartholomew, and moves the Court for an order Voluntarily Dismissing his Chapter 13 Case. In support of this Motion, the undersigned counsel pleads as follows:

1. The Debtor petitioned for relief under Chapter 13 of the Bankruptcy Code on September 19, 2022.

2. The debtor can no longer afford to make his 13 plan payments.

3. Unless a debtor's case has previously been converted to a Chapter 13, the debtor is entitled to dismissal upon request. 11 U.S.C. § 1307(b).

4. The Debtor desires to have the case dismissed.

Voluntary Dismissal
Page 1of 2

DOROTHY BARTHOLOMEW PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922.2016
Facsimile: (253) 922.2053

THE HONORABLE CHRISTOPHER M. ALSTON

**WHEREAS** the Debtor are no longer able to afford the chapter 13 plan payment; and

**WHEREAS** this Case was not converted from a case under Chapter 7, 11, or 12; and

**WHEREAS** the Debtor desires to dismiss this case, the Debtor asks the Court to enter an order dismissing the Debtor's Chapter 13 Case.

DATE:   December 18, 2023              /s/Dorothy A. Bartholomew
                                       Dorothy A. Bartholomew
                                       WSBA No. 20887
                                       Attorney for Michael Nevler

Voluntary Dismissal
Page 2 of 2

DOROTHY BARTHOLOMEW PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922.2016
Facsimile: (253) 922.2053

Case 22-11499-CMA    Doc 121    Filed 12/18/23    Ent. 12/18/23 14:59:17    Pg. 2 of 2