**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MIKHAIL NEVLER,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>No. 22-11499-CMA<br><br>EX PARTE ORDER DISMISSING CASE |

THIS MATTER came before the Court on the Debtor(s) motion to dismiss this Chapter 13 bankruptcy case ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ Dorothy A. Bartholomew*
Dorothy A. Bartholomew, WSBA No. 20887
Attorney for debtor

No Objection:

*/s/ Emily Jarvis*
Emily Jarvis, WSBA #41841
Staff Attorney for Jason Wilson-Aguilar, Chapter 13 Trustee

ORDER DISMISSING CASE

DOROTHY BARTHOLOMEW PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922.2016
Facsimile: (253) 922.2053