Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 22−11499−CMA
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mikhail Nevler
aka Michael Nevler, aka Mikel Nevler
11423 99th Ave SW
Vashon, WA 98070

Social Security / Individual Taxpayer ID No.:
xxx−xx−7713

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **December 20, 2023 for Mikhail Nevler, Debtor** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: December 20, 2023

                                                                    Gina Zadra Walton
                                                                    Clerk, U.S. Bankruptcy Court